JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ISIDRO SANCHEZ, | ) | CASE NO. CV 09-5694-CJC (PJW) |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| HEDGEPETH, WARDEN, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 15, 2011.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

C:\Temp\notes1B8056\Judgment Re Sanchez v. Hedgepeth.wpd